Ralph MANN, Doing Business under the Name and Style of Boy's Market, v. Paul A. PORTER, Administrator, Office of Price Administration.

No. 3355.

Circuit Court of Appeals, Tenth Circuit.

Sept. 13, 1946.

Frank A. Bruno and Byron G. Rogers, both of Denver, Colo., for appellant.

Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

H. Dulany MITCHELL v. Hon. Colin NEBLETT, Judge, U. S. District Court for New Mexico.

No. 3407.

Circuit Court of Appeals, Tenth Circuit.

Sept. 18, 1946.

No appearance for either party.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied.

H. L. MEYERS v. Honorable Arthur J. MELLOTT, United States District Judge for the District of Kansas.

No. 3388.

Circuit Court of Appeals, Tenth Circuit.

Aug. 15, 1946.

No appearance for either party.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied.

J. P. MORGAN & CO., Incorporated, Appellant, v. Guy A. THOMPSON, as Trustee of Missouri Pacific Railroad Company, Debtor (two cases).

Nos. 13428, 13429.

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1946.

Davis, Polk, Wardwell, Sunderland & Kiendl, of New York City, for appellant.

Thomas T. Railey, of St Louis, Mo., for appellee.

PER CURIAM.

Appeals of J. P. Morgan & Co., Incorporated, acting for itself, Kuhn Loeb & Co., and Guaranty Trust Company of New York and associates, as secured creditors of Missouri Pacific Railroad Company, from Orders Nos. 2928 and 2929 in District Court, docketed and dismissed, on stipulation of parties.